IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02090-BNB

JOHN T. BLACK,

    Plaintiff,

v.

C/O MOLL,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, John T. Black, currently is confined at the Weld County Jail in Greeley, Colorado. He initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on September 29, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Black to cure a deficiency in the case within thirty days if he wished to pursue his claims.

The September 29, 2008, order pointed out that Mr. Black failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order warned Mr. Black that if he failed to cure the designated deficiency within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On October 2, 2008, Mr. Black

submitted an uncertified copy of his trust fund account statement for the one-month period preceding this filing from August 12, 2008, to September 15, 2008.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The September 29, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit a copy of his trust fund account statement for the six-month period preceding this filing certified by the appropriate prison official, Mr. Black has failed to cure the deficiency listed in the September 29 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiency as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 12 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02090-BNB

John T. Black
Prisoner No. P00064983
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/13/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk